United States Courts
Southern District of Texas
FILED
*October 27, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **L-26-CR-3417** |
| | § | |
| DIEGO AGAPITO BENAVIDES RODRIGUEZ | § | **DS** |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about November 5, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

DIEGO AGAPITO BENAVIDES RODRIGUEZ,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

**COUNT TWO**

On or about February 15, 2022, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

DIEGO AGAPITO BENAVIDES RODRIGUEZ,

an alien, knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when filling out his voter registration form in Webb County, Texas.

In violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

I RY

AARON F. REITZ
UNITED STATES ATTORNEY

By: S/LIESEL ROSCHER

LIESEL ROSCHER
Assistant United States Attorney

# CRIMINAL DOCKET

LAREDO DIVISION

NO. L-26-CR-3417

INDICTMENT

Filed: October 27, 2026

Judge: DS

ATTORNEYS:

AARON F. REITZ, USA
LIESEL ROSCHER, AUSA

UNITED STATES OF AMERICA

VS.

DIEGO AGAPITO BENAVIDES RODRIGUEZ

**CHARGE:**

Ct. 1: Noncitizen to vote in federal elections
[18 USC 611(a)]

Ct. 2: Making false claim of citizenship to vote
[18 USC 1015(f)]

**TOTAL COUNTS: 2**

**PENALTY:**

Ct. 1: Term of imprisonment not to exceed 1 year; term of supervised release up to 1 year; fine not to exceed $100,000; and $25 special assessment

Ct. 2: Term of imprisonment not to exceed 5 years; term of supervised release up to 3 years; fine not to exceed $250,000; and $100 special assessment.